Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
GRUBB & ELLIS MANAGEMENT SERVICES, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X   21 MC 102 (AKH)

ROMUALD WIELICZKA,                                          Index No.: 08-CV-2737

                       Plaintiff(s),              **NOTICE OF ADOPTION OF ANSWER
                                                  TO MASTER COMPLAINT**

   -against-

                                                                 **ELECTRONICALLY FILED**

222 BROADWAY, LLC, *et al.*,

                       Defendant(s).
-------------------------------------------------------X

    PLEASE TAKE NOTICE that Defendant, GRUBB & ELLIS MANAGEMENT SERVICES, INC., by its attorneys, McGIVNEY & KLUGER, P.C., as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Answer to Master Complaint dated August 1, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

    WHEREFORE, the defendant, GRUBB & ELLIS MANAGEMENT SERVICES, INC., demands judgment dismissing the above-captioned action as against it,

together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
       June 19, 2008

                              Yours etc.,

                              McGIVNEY & KLUGER, P.C.
                              Attorneys for Defendant
                              GRUBB & ELLIS MANAGEMENT SERVICES, INC.

                              By: _____
                              Richard E. Leff (RL-2123)
                              80 Broad Street, 23rd Floor
                              New York, New York 10004
                              (212) 509-3456

TO:    WORBY GRONER & NAPOLI BERN, LLP
         Plaintiffs Liaison
         In Re Lower Manhattan Disaster Site
         Litigation
         115 Broadway, 12th Floor
         New York, New York 10006
         (212) 267-3700

         All Defense Counsel