UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
IN RE WORLD TRADE CENTER LOWER            :    21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION        :
                                                                 :
                                                                 :
-----------------------------------------------------------------X
ROMUALD WIELICZKA,                                 :    08-CV-02737-AKH
                                                                 :
                                    Plaintiff,      :    **APPEARANCE**
                                                                 :
         - against -                                             :
                                                                 :    **ELECTRONICALLY FILED**
222 BROADWAY, LLC, *et al.*,                        :
                                                                 :
                                    Defendants.     :
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.** and **222 BROADWAY, LLC.**

I certify that I am admitted to practice in this court.

Dated:  New York, New York          DICKSTEIN SHAPIRO LLP
             June 30, 2008

                                    By:        /s/ Judith R. Cohen
                                          _____
                                          Judith R. Cohen (JC-8614)
                                          1177 Avenue of the Americas
                                          New York, New York 10036
                                          Phone: (212) 277-6500
                                          Fax: (212) 277-6501

                                          *Attorney for Defendants*
                                          MERRILL LYNCH & CO., INC. and
                                          222 BROADWAY, LLC