Robert J. Higgins, Esq. (RH-6477)
Judith R. Cohen, Esq. (JC-8614)
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY 10036-2714
(212) 277-6500

Attorneys for Defendants Merrill Lynch & Co., Inc. and 222 Broadway, LLC

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
IN RE WORLD TRADE CENTER LOWER         :   21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION     :
                                                            :
                                                            :
------------------------------------------------------------X
ROMUALD WIELICZKA,                          :   08-CV-02737-AKH
                                                            :
                              Plaintiff,    :   **NOTICE OF ADOPTION**
                                                            :   **OF ANSWER**
       - against -                          :   **TO MASTER COMPLAINT**
                                                            :   **BY MERRILL LYNCH**
222 BROADWAY, LLC, *et al.*,                :   **AND 222 BROADWAY**
                                                            :
                              Defendants.   :   **ELECTRONICALLY FILED**
------------------------------------------------------------X

      PLEASE TAKE NOTICE THAT Defendants Merrill Lynch & Co., Inc. ("Merrill Lynch") and 222 Broadway, LLC ("222 Broadway"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt their respective Answers to Master Complaint, both dated August 3, 2007, which were filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

      WHEREFORE, Merrill Lynch and 222 Broadway demand judgment dismissing the above-captioned action as against them, together with their costs and disbursements and for such other and further relief as this Court deems just and proper.

2

Dated: New York, New York        DICKSTEIN SHAPIRO LLP
      June 30, 2008

                                  By:    /s/ Judith R. Cohen
                                  _____
                                  Robert J. Higgins (RH-6477)
                                  Judith R. Cohen (JC-8614)
                                  1177 Avenue of the Americas
                                  New York, New York 10036
                                  Phone: (212) 277-6500
                                  Fax: (212) 277-6501

                                  *Attorneys for Defendants*
                                  MERRILL LYNCH & CO., INC. and
                                  222 BROADWAY, LLC

DOCSNY-314417